U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1422**

In the Matter of                                              Case Number:

STRUCTURAL IRON WORKERS LOCAL UNION NO. 1
PENSION TRUST FUND and STEVE M. BUKOVAC,
Administrator of the Fund Disbursement Office
v.
KURE STEEL, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE MANNING**
**MAGISTRATE JUDGE ASHMAN**

Structural Iron Workers Local Union No. 1 Pension Trust Fund and Steve M. Bukovac

| NAME (Type or print) |
| --- |
| J. Michael Tecson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ J. Michael Tecson |
| FIRM |
| Hogan Marren, Ltd. |
| STREET ADDRESS |
| 180 North Wacker Drive, Suite 600 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6276036 | (312) 946-1800 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

**FILED**
**MARCH 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT