# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number:

STRUCTURAL IRON WORKERS LOCAL UNION NO. 1
PENSION TRUST FUND and STEVE M. BUKOVAC,
Administrator of the Fund Disbursement Office
v.
KURE STEEL, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Structural Iron Workers Local Union No. 1 Pension Trust Fund and Steve M. Bukovac

| | |
|---|---|
| NAME (Type or print) <br> Patrick E. Deady | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Patrick E. Deady | |
| FIRM <br> Hogan Marren, Ltd. | |
| STREET ADDRESS <br> 180 North Wacker Drive, Suite 600 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 00596922 | TELEPHONE NUMBER <br> (312) 946-1800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |