# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                          Case Number: 08 C 1422
Structural Iron Workers, Local Union No. 1 Pension Trust,
Fund and Steve M. Bukovac,
          Plaintiff,
v.
Kure Steel, Inc.,
          Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
KURE STEEL, INC.

| |
|---|
| NAME (Type or print) <br> Mark A. Spognardi |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Mark A. Spognardi |
| FIRM <br> ARNSTEIN & LEHR, LLC |
| STREET ADDRESS <br> 120 S. Riverside Plaza, 12th Floor |
| CITY/STATE/ZIP <br> Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06188895 | TELEPHONE NUMBER <br> 312-876-7186 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐