## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Structural Iron Workers Local Union No. 1
Pension Trust Fund, et al.

                                 Plaintiff,

v.                                       Case No.: 1:08−cv−01422

                                       Honorable Blanche M.
Manning

Kure Steel, Inc.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: Status hearing set for 5/22/2008 at 11:00 AM. Parties shall meet, confer and be prepared to file a written proposed discovery scheduling plan at least 7 days prior to the status. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.